AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chapman, Shelley C. | U.S. Bankruptcy Court, Southern District of New York | 10/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Southern District of NY
One Bowling Green
Room 632
New York, NY 10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 (Pt. VII, Line 1) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 10/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | MEMORIAL SLOAN-KETTERING CANCER CENTER, WAGES |
| 2. | 2012 | SELF-EMPLOYED MEDICAL LECTURER AND CONSULTANT |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CITIBANK, N.A. | LINE OF CREDIT (PAID OFF APRIL 2012) | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 10/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. - SPDR NUVEEN BARCLAYS ST MUNI BOND ETF | A | Dividend | | | Sold | 9/7/12 | K | A | |
| 3. - SPDR S&P DIVIDEND ETF | A | Dividend | J | T | Buy | 9/7/12 | J | | |
| 4. - LOOMIS SAYLES INVT GRADE BOND FUND CL Y | B | Dividend | | | Sold (part) | 9/7/12 | J | C | |
| 5. | | | | | Sold | 12/31/12 | K | C | |
| 6. - SCHWAB GOVERNMENT MONEY FUND | | None | K | T | | | | | |
| 7. -SCHWAB S&P 500 INDEX FUND | A | Dividend | J | T | Buy | 9/7/12 | J | | |
| 8. -BBH CORE SELECT FUND | A | Dividend | J | T | Sold (part) | 12/31/12 | J | A | |
| 9. - IVY MUNICIPAL HIGH INCOME FUND | A | Dividend | J | T | Buy | 9/7/12 | J | | |
| 10. | | | | | Sold (part) | 12/31/12 | J | A | |
| 11. -WELLS FARGO FDS TR ADINT TXAMTF 1 | A | Dividend | J | T | Buy | 9/7/12 | J | | |
| 12. -JEFFRIES ASSET MGMT CMDTY STRAT ALLC 1 | A | Dividend | J | T | Buy | 9/7/12 | J | | |
| 13. -PIMCO ALL ASSET ALL AUTHORITY 1 | A | Dividend | J | T | Buy | 9/7/12 | J | | |
| 14. SCHWAB US TREASURY MONEY FUND | A | Dividend | | | Sold | 1/31/12 | L | | |
| 15. Brokerage Account #1 (H) | | | | | | | | | |
| 16. - ABBOTT LABS | A | Dividend | K | T | Buy (add'l) | 7/27/12 | J | | |
| 17. - ACCENTURE LTD | A | Dividend | K | T | Sold (part) | 12/20/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 10/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - APPLE INC | A | Dividend | K | T | Sold (part) | 2/13/12 | J | C | |
| 19. | | | | | Sold (part) | 3/28/12 | J | D | |
| 20. | | | | | Sold (part) | 4/3/12 | J | B | |
| 21. | | | | | Buy (add'l) | 12/3/12 | J | | |
| 22. - GOOGLE INC CLASS A | | None | K | T | | | | | |
| 23. - VARIAN MEDICAL SYSTEMS | | None | K | T | Sold (part) | 4/3/12 | J | A | |
| 24. | | | | | Sold (part) | 5/14/12 | J | B | |
| 25. - ALLERGAN INC | A | Dividend | K | T | | | | | |
| 26. - C H ROBINSON WORLDWIDE COM | A | Dividend | J | T | Buy (add'l) | 2/27/12 | J | | |
| 27. | | | | | Sold (part) | 9/7/12 | J | B | |
| 28. - MASTERCARD INC | A | Dividend | | | Sold | 2/7/12 | J | C | |
| 29. - ORACLE | A | Dividend | K | T | Sold (part) | 12/19/12 | J | B | |
| 30. - QUALCOMM INC | A | Dividend | K | T | | | | | |
| 31. - STARBUCKS CORP | A | Dividend | K | T | Sold (part) | 2/22/12 | J | C | |
| 32. | | | | | Sold (part) | 4/3/12 | J | A | |
| 33. - COACH INC | A | Dividend | | | Sold (part) | 2/17/12 | J | C | |
| 34. | | | | | Sold (part) | 7/5/12 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 10/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 7/31/12 | J | A | |
| 36.   - T ROWE PRICE GROUP INC | B | Dividend | K | T | | | | | |
| 37.   - MICROSOFT CORP | A | Dividend | K | T | Buy (add'l) | 8/20/12 | J | | |
| 38.   - COGNIZANT TECH SOL CL | | None | K | T | Buy | 5/11/12 | J | | |
| 39.   - INTUITIVE SURGICAL NE | | None | K | T | | | | | |
| 40.   - FACTSET RESH SYSTEMS INC | A | Dividend | K | T | Buy | 3/28/12 | J | | |
| 41.   - INTUIT INC | A | Dividend | K | T | Buy (add'l) | 3/22/12 | J | | |
| 42. | | | | | Buy (add'l) | 9/21/12 | J | | |
| 43.   - NIKE INC-CL B | A | Dividend | K | T | Buy | 6/12/12 | J | | |
| 44. | | | | | Buy (add'l) | 8/13/12 | J | | |
| 45. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 46.   - WW GRAINGER INCORP | A | Dividend | J | T | Buy | 10/18/12 | J | | |
| 47.   - HUNTINGTON NY UN FREE SCH DIS 5.5% DUE 7/15/12 | B | Interest | | | Matured | 7/15/12 | K | | |
| 48.   - NASSAU CNTY NY INTERIM FIN AUTH 5.25% DUE 11/15/15 | B | Interest | K | T | | | | | |
| 49.   - NEW YORK ST 5% DUE 2/15/22 | B | Interest | | | Sold | 12/20/12 | K | B | |
| 50.   - SMITHTOWN NY CENT SCH DIST 5% DUE 7/15/16 | B | Interest | K | T | | | | | |
| 51.   - RIDGEWORTH SEIX FLOATING RATE HIGH INCOME FUND | A | Dividend | | | Sold | 2/13/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 10/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - WELLS FARGO FDS TR ADVIN TAMTF AD | A | Dividend | | | Buy | 2/13/12 | K | | |
| 53. | | | | | Sold (part) | 4/9/12 | K | | |
| 54. | | | | | Sold | 6/15/12 | K | | |
| 55. - SCHWAB U.S. TREASURY MONEY FUND | A | Dividend | K | T | | | | | |
| 56. IRA #1 (H) | | | | | | | | | |
| 57. - LOOMIS SAYLES INVT GRADE BOND FUND CL Y | A | Dividend | | | Sold | 6/15/12 | J | B | |
| 58. - ISHARES TR LEHMAN AGG BND | A | Dividend | K | T | | | | | |
| 59. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | K | T | | | | | |
| 60. - SCHWAB ADV CASH RESERVE PREM | | None | J | T | | | | | |
| 61. IRA #2 (H) | | | | | | | | | |
| 62. - BOEING CAP CORP 6.5% DUE 2/15/12 | A | Interest | | | Matured | 2/15/12 | K | | |
| 63. - DREYFUS INFLATION ADJUSTED SEC INV | A | Dividend | | | Sold | 6/15/12 | J | A | |
| 64. - LOOMIS SAYLES BOND FD CL I | B | Dividend | | | Sold | 12/7/12 | L | C | |
| 65. - LOOMIS SAYLES INVT GRADE BOND FUND CLASS Y | A | Dividend | | | Sold | 6/15/12 | J | B | |
| 66. - RIDGEWORTH SEIX FLOATING RATE HIGH INCOME | B | Dividend | | | Sold | 6/15/12 | L | | |
| 67. - TEMPLETON INCOME TR GLB BD ADVSOR | B | Dividend | | | Sold | 6/15/12 | L | | |
| 68. - ARTIO GLOBAL HIGH INCOME FUND | B | Dividend | | | Sold | 6/15/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 10/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - THIRD AVENUE FOCUSED CREDIT FUND INST | B | Dividend | | | Sold (part) | 6/15/12 | K | | |
| 70. | | | | | Sold | 12/7/12 | K | | |
| 71. - SCHWAB US TREAS MONEY FD | | None | M | T | | | | | |
| 72. -VANGUARD TOTAL INTL STOCK INDEX INV | C | Dividend | M | T | Buy | 6/18/12 | M | | |
| 73. IRA #3 (H) | | | | | | | | | |
| 74. - DRIEHAUS ACTIVE INCOME FUND | B | Dividend | L | T | | | | | |
| 75. - FRANKLIN INCOME ADVISOR CLASS | A | Dividend | | | Sold | 6/15/12 | K | | |
| 76. - T ROWE PRICE CAP APPRECIATION | | None | | | Sold | 6/15/12 | L | D | |
| 77. - PIMCO LOW DURATION INSTITUTIONAL FUND | A | Dividend | | | Sold | 6/15/12 | L | A | |
| 78. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | B | Dividend | L | T | | | | | |
| 79. - BBH CORE SELECT FUND N | A | Dividend | K | T | | | | | |
| 80. - FIDELITY CONCORD STR SP US EQT ADV | B | Dividend | M | T | | | | | |
| 81. - SCHWAB CAP TR S&P 500 INVS SELECT SHARES | A | Dividend | K | T | | | | | |
| 82. -WELLS FARGO FDS TR ADINT TXAMTF 1 | B | Dividend | M | T | Buy | 6/15/12 | M | | |
| 83. - FIDELITY CASH RESERVES | | None | K | T | | | | | |
| 84. IRA #4 (H) | | | | | | | | | |
| 85. - ARTIO GLOBAL HIGH INCOME FUND | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 10/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - EATON VANCE GLOBAL MACRO ABSOLUTE RETURN | B | Dividend | | | Sold | 6/15/12 | L | | |
| 87. - ISHARES TR LEHMAN AGG BND | C | Dividend | M | T | Buy (add'l) | 2/10/12 | M | | |
| 88. | | | | | Sold (part) | 6/15/12 | L | B | |
| 89. - GREENHAVEN CONT INX FD UNIT BEN INT | | None | | | Buy (add'l) | 1/17/12 | K | | |
| 90. | | | | | Sold | 6/27/12 | L | | |
| 91. - ASTON FDS AL LASSO ALTI | | None | | | Sold | 1/17/12 | K | | |
| 92. - DOUBLELINE TOTAL RETURN BOND FUND I | C | Dividend | | | Sold | 12/7/12 | L | B | |
| 93. - DRIEHAUS MUT FDS ACTIVE INCOME | A | Dividend | | | Sold | 6/15/12 | L | | |
| 94. - PIMCO ALL ASSET ALL AUTHORITY I | C | Dividend | L | T | | | | | |
| 95. - POLEN GROWTH | | None | | | Sold | 6/15/12 | L | C | |
| 96. - SCHWAB CAP TR S&P INVS SELECT SHARES | C | Dividend | M | T | Buy (add'l) | 1/17/12 | K | | |
| 97. | | | | | Buy (add'l) | 2/9/12 | J | | |
| 98. | | | | | Buy (add'l) | 6/15/12 | K | | |
| 99. - WELLS FARGO FDS TR ADVIN TAMTF AD | A | Dividend | | | Sold | 2/10/12 | L | B | |
| 100. - WELLS FARGO FDS ADINT TXAMTF I | A | Dividend | | | Sold | 2/10/12 | K | A | |
| 101. -BBH FD INC CORE SL RETAIL | A | Dividend | K | T | Buy | 1/17/12 | K | | |
| 102. - WELLS FARGO ULTRA ST MUNICIPAL INCOME | A | Dividend | M | T | Buy | 6/15/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 10/08/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - JEFFRIES ASSET MGMT CMDTY STRAT ALLC 1 | A | Dividend | L | T | Buy | 6/27/12 | L | | |
| 104. -VANGUARD TOTAL INL STOCK INDEX INV | A | Dividend | K | T | Buy | 1/17/12 | K | | |
| 105. - TEMPLETON INCOME TR GLB BD ADVSOR | A | Dividend | | | Buy | 6/15/12 | K | | |
| 106. | | | | | Sold | 12/7/12 | K | C | |
| 107. - SCHWAB US TREASURY MONEY FUND | | | M | T | | | | | |
| 108. TIAA-CREF Annuties | | None | O | T | | | | | |
| 109. MSK Cancer Center Group Supplemental Retirement Annuities | | None | M | T | | | | | |
| 110. - TIAA TRADITIONAL MONEY MARKET | B | Dividend | K | T | | | | | |
| 111. CITIBANK JOINT CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 112. PRUDENTIAL WHOLE LIFE INSURANCE POLICY | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chapman, Shelley C. | 10/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shelley C. Chapman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544